

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00177-CV

| | | |
|---|---|---|
| CYNTHIA ANN MITSCH BEARDEN, Appellant | § | On Appeal from the 235th District Court |
| | § | of Cooke County (CV12-00219) |
| V. | § | August 11, 2022 |
| JARED LECLAIR, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed and that Appellant Cynthia Ann Mitsch Bearden must pay all costs of this appeal.

It is further ordered that Appellee Jared Leclair shall have and recover of and from Appellant Cynthia Ann Mitsch Bearden—and her $989,100 cash deposit in lieu

of supersedeas bond—the amount adjudged in the trial court's judgment, together with all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr